No. 2869. BANCO TERRITORIAL Y AGRÍCOLA, APELADO, *v.* MONLLOR ET AL., APELANTES.—Corte de Distrito de Ponce. Resuelto en noviembre 9, 1922. Examinada la moción del ape-

lado y la certificación que se acompaña, se declara con lugar, y se desestima la apelación.